\*\*e-filed 6/16/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:
 LELAMARIE SANDOVAL,

Case No.  CV-05-3005-JF

ORDER OF DISMISSAL

_____/

    The above named matter came regularly for a Case Management Conference before the Honorable Jeremy Fogel in Courtroom 3, on Friday, June 9, 2006 at 10:30 a.m. Shannon Mounger, counsel for trustee appeared.  No appearance or response was made on behalf of Lelamarie Sandoval.  The above matter is hereby dismissed for failure to prosecute.

Date: June 13, 2006

_____
Jeremy Fogel
United States District Judge